# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MONICA ALSHUWAER, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-00227 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| RACETRAC, INC., | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #16) that Plaintiff Monica Alshuwaer's Motion to Remand (Dkt. #5) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Alshuwaer's Motion to Remand (Dkt. #5) is hereby **DENIED.**

It is **FURTHER ORDERED** that Plaintiff Alshuwaer's claims against Defendants XTG Realty and XTG Realty Brokerage are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 22nd day of January, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE